AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2022

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

DANIE E.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| *Defendant* | ) |

Civil Action No.  2:20-cv-00344-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:    Defendant's Motion for Summary Judgment, ECF No. 19, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 18, is DENIED. Judgment entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke _____ on a motion for

Summary Judgment.

Date:  02/02/2022 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Mishani Jack-Gonzalez _____

*(By) Deputy Clerk*

Mishani Jack-Gonzalez _____